FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 11 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BARBARA PERRICONE-BERNOVICH, *et al.*,

        Plaintiffs,

v.

THE VILLAGE OF HEAD OF THE HARBOR, *et al.*,

        Defendant.
-------------------------------------------------------------------X

**DECISION & ORDER**
18-CV-2505 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

Upon careful review of the record and the submissions of both parties in the above-captioned action (*see* ECF Nos. 17, 26, 28), the Court finds the Complaint to be without merit. Accordingly, the Complaint is hereby dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 17 and close this case.

                                                  **SO ORDERED.**

                                                     s/WFK

                                      HON. WILLIAM F. KUNTZ, II
                                      UNITED STATES DISTRICT JUDGE

Dated: December 11, 2019
        Brooklyn, New York